Kasandra Murphy

                    Plaintiff,

v.                                     Case No.: 1:11−cv−02674

                                            Honorable Gary Feinerman

Group O, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 23,2013:

      MINUTE entry before Honorable Gary Feinerman: Motion hearing held. For the reasons and to the extent stated on the record, Defendant Group Os motion to strike [116] is granted in part and denied in part. Plaintiff may file a brief explaining the apparent discrepancy by 9/30/2013. Defendant Group O may file an amended Local Rule 56.1(b)(3)(B) response by 10/7/2013. The 10/3/2013 status hearing [88] is stricken and reset to 11/12/2013 at 9:00 a.m. Mailed notice (ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.